IN RE: TRINA A. GARBER          CHAPTER 13
CASE NO. 14-50044
JUDGE PHILLIP J. SHEFFERLY

Debtor.
_____/

## ORDER CONFIRMING PLAN

    The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

    Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

    IT IS FURTHER ORDERED that the claim of __MARK E. STERN & ASSOCIATES, P.L.L.C.__, Attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ _2,850.00_ in fees and $_ -0- _ in expenses, and that the portion of such claim which has not already been paid, to-wit: $ _2,260.00_ shall be paid by the Trustee as an administrative expense of this case.

    IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

    All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

    IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- [x] The Debtor shall remit 100 % of all tax refunds received or entitled to after commencement of the case, and shall not alter any withholding deductions/exemptions without Court approval.
- [x] The Debtor's Plan shall continue for no less than 60 months.
- [x] The Debtor's Plan payments shall be increased to $ 400.00 per week effective the 21st day of October, 2014, and then increased to $612.00 per week commencing July 1, 2016.
- [x] Other: Class 9 unsecured creditors shall receive a total minimum dividend of at least $25,140.00, as required by the means test.
- [x] Other: Michigan Department of Treasury shall be paid in accordance with its duly filed proof of claim (Claim #9).
- [x] Other: In the event that Debtor fails to make any future Chapter 13 plan payments, the Trustee may submit a notice of default, served upon Debtor and Debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

APPROVED:

/s/ Krispen S. Carroll
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
Chapter 13 Standing Trustee
719 Griswold St., Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

/s/ Mark E. Stern
Mark E. Stern (P25328)
Mark E. Stern & Associates, PLLC
Attorney for Debtors
1815 Ford Avenue
Wyandotte, MI 48192
(734) 282-2888
Maste994@aol.com

.

**Signed on October 25, 2014**

                            **/s/ Phillip J. Shefferly**
                            **Phillip J. Shefferly**
                            **United States Bankruptcy Judge**